# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**ULYSSES BOWNES,** **PLAINTIFF**

**V.** **NO. 4:06CV194-P-D**

**MDOC EMPLOYEES, et al.,** **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted, in accordance with Rule 12(b)(6), Federal Rules of Civil Procedure and 28 U.S.C. § 1915(e)(2)(B)(ii), earning Plaintiff one strike pursuant to 28 U.S.C. § 1915(g) .

**IT IS SO ORDERED.**

THIS the 11th day of December, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE